IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> DANIELLE WILLIAMS, ) <br> *Defendant*, ) <br> ) <br> and ) <br> ) <br> MCGUIREWOODS, LLP, ) <br> *Garnishee*. ) <br> _____ ) | Criminal No. 3:07-cr-113-HEH |

### ORDER
**(Adopting Report and Recommendation of the Magistrate Judge)**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on November 4, 2025 (ECF No. 52). The time to file objections has expired, and no party has objected to the R&R. Having conducted an independent review of the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 52) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Defendant's Request for Hearing and Claim for Exemption Form (ECF No. 41) is DENIED.

(3) The Government's Motion for Entry of a Garnishment Disposition and Dismissal Order (ECF No. 43) is GRANTED.

(4) An appropriate Garnishment Disposition Order shall follow.

Let the Clerk of the Court send a copy of this Order to all counsel of record and mail a copy of this Order to:

Danielle Williams
7933 Capistrano Drive
Richmond, VA 23227

1

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

It is so ORDERED.

/s/

Henry E. Hudson
Senior United States District Judge

Date: Nov. 24, 2025
Richmond, Virginia